BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
212-297-0050
Todd P. Kenyon (TK 7654)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                        :
ENEL TRADE S.p.A.                                       :
                                                        :          08 Civ. 1662
            Plaintiff,                                  :
                                                        :     **<u>RULE 7.1 DISCLOSURE</u>**
        -against-                                       :
                                                        :
HERMITAGE RESOURCES LTD.                                :
                                                        :
            Defendant.                                  :
                                                        :
------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ENEL Trade S.p.A. identifies the

following corporate parents and publicly traded corporations which own at least 10% of its stock:

**NONE.**

Dated: February 21, 2008


                                    BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
                                    Attorneys for Plaintiff


                            By _____
                                    Todd P. Kenyon (TK 7654)
                                    Attorneys for Plaintiff
                                    46 Trinity Place
                                    New York, New York 10006
                                    212-297-0050