UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ENEL TRADE S.p.A.

    Plaintiff,

-against-

HERMITAGE RESOURCES LTD.

    Defendant.

------------------------------------------------------X

08 Civ. 1662

**ORDER APPOINTING PERSONS
TO SERVE RULE B PROCESS**

UPON application of Plaintiff for an Order appointing Harrison Haimowitz and/or any other partner, associate or paralegal [handwritten] or licensed process server [handwritten] ~~qualified agent~~ of Betancourt, Van Hemmen, Greco & Kenyon LLC, to serve a Process of Maritime Attachment and Garnishment with Interrogatories, Order for Issuance of Process of Maritime Attachment and Garnishment, Summons, Verified Complaint and Declaration herein on garnishees, and it appearing that Harrison Haimowitz or any other agent of Betancourt, Van Hemmen, Greco & Kenyon LLC, are qualified persons over 18 years of age, and are not parties to this action, and that substantial savings in process and travel fees will result from such appointment, it is hereby:

ORDERED that Harrison Haimowitz, or any partner, associate or paralegal [handwritten] ~~other qualified agent~~ of Betancourt, Van Hemmen, Greco & Kenyon LLC, or licensed process server over the age of 18 years [handwritten] be and hereby are appointed to serve the Process of Maritime Attachment and Garnishment with Interrogatories, Order for Issuance of Process of Maritime Attachment and Garnishment, Summons, Verified Complaint and Declaration herein on garnishees.

Dated: New York, New York
    February 20, 2008

SO ORDERED:

_____
U. S. D. J.

MICROFILMED FEB 2 0 2008 -3 00 PM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08